IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-37 (WLS-TQL-2) |
| | : | |
| CRAGE BERNARD HARRIS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Defendant Crage Harris's ("Defendant Harris") Motion to Continue (Doc. 43) and Defense Counsel's Motion to Withdraw as Counsel (Doc. 45). As to Defense Counsel's Motion to Withdraw, that motion is **GRANTED**. Because new Counsel B. Miles Hannan has made an appearance in the case, Mr. Collum is discharged from representing Defendant Harris.

As to the Motion to Continue (Doc. 43), Defendant Harris moves to continue the trial in the above captioned case to the next trial term contending such a continuance is warranted to allow newly retained Counsel to meet with Defendant and review discovery. For the stated reasons, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant Harris in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, the Motion to Continue (Doc. 43) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the February 2025 trial term and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 23rd day of December 2024

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**