IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:24-cr-37–WLS-ALS-2** |
| **CRAGE BERNARD HARRIS,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

On October 1, 2025, the Court held a Pretrial Conference in this case. The Court enters this Order to memorialize the discussion and any instructions given at the Pretrial Conference.

Both parties announced ready for trial during the Court's Valdosta November 2025 trial term. The Government estimates the trial will take three days. The parties request that the trial not be scheduled between November 21, 2025 through November 28, 2025.

There are no pre-trial motions currently in the Record. However, Defendant anticipates filing a motion to obtain copies of certain documents in the Record relating to the guilty plea of Co-Defendant Bridget Denise Harris. Further, the Government advised the Court that it has not yet filed the notice of expert testimony regarding the total weight of controlled substances applicable to Defendant Crage Bernard Harris.

Accordingly, on or before close of business on **Friday, October 17, 2025**, Defendant Crage Bernard Harris may file such motion as may be appropriate for access to Co-Defendant Bridget Denise Harris's documents relating to her guilty plea. On or before **Friday, October 24, 2025**, the Government shall file a response to any such motion. Further, on or before **Friday, October 17, 2025**, the Government shall file any notices of expert witnesses that have not yet been filed.

**SO ORDERED**, this 3rd day of October 2025.

                                                             **/s/W. Louis Sands**
                                                             **W. LOUIS SANDS, SR. JUDGE**
                                                             **UNITED STATES DISTRICT COURT**